IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAWN COLVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-1382-R |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered August 30, 2016. Doc. No. 22. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. The decision of the Commissioner to dany Plaintiff's Title II application for benefits is AFFIRMED and the decision of the Commissioner to deny Plaintiff's Title XVI application for benefits is REVERSED AND REMANDED for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 5th day of October, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE